THOMAS E. WINNER
Nevada Bar No. 5168
Winner & Booze
1117 S. Rancho Drive
Las Vegas, NV 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
Email: twinner@winnerfirm.com
*Attorney for Defendant*

WINNER & BOOZE LAWYERS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MAGDALENO CARRANZA, an individual; ALICIA PEREZ, an individual;

Plaintiffs,

vs.

RODERICK FRANCIS JORDAN, an individual; DOES I through X, inclusive; ROE ENTITIES I through X, inclusive,

Defendants.

CASE NO: 2:25-cv-00849-GMN-BNW
DEPT. NO:

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiffs, MAGDALENO CARRANZA AND ALICIA PEREZ, by and through their attorneys of record BENJAMIN CARMAN of the law firm of BIG GUNS INJURY ATTORNEYS and Defendant RODERICK FRANCIS JORDAN, by and through his attorney THOMAS E. WINNER of the law firm of WINNER & BOOZE, that the Plaintiffs' Complaint be dismissed with prejudice as to Defendant, and each party to bear their own costs, interest, and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above-mentioned matter.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED THAT the trial date of October 19, 2026 and Calendar Call hearing date of October 13, 2026 be vacated in this matter.

Dated this 15th day of September, 2026

**BIG GUNS INJURY ATTORNEYS**

*/s/ Benjamin Carman*

BENJAMIN CARMAN, ESQ.
Nevada Bar No.: 12565
4045 Spencer Street, Suite A52
Las Vegas, Nevada 89119
*Attorneys for Plaintiffs*

Dated this 15th day of September, 2026.

**WINNER & BOOZE**

*/s/ Thomas E. Winner*

THOMAS E. WINNER, ESQ.
Nevada Bar No. 5168
1117 S. Rancho Drive
Las Vegas, NV 89102
*Attorneys for Defendant*

WINNER & BOOZE LAWYERS

***2:25-cv-00849-GMN-BNW***
***Carranza et al vs Jordan, et al.***

**ORDER**

Pursuant to the foregoing Stipulation by and between the parties and their respective counsel, and for good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Plaintiffs' Complaint be dismissed with prejudice, and each party to bear their own costs, interest, and attorney's fees.

IT IS SO ORDERED on this 16 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Submitted by:

WINNER & BOOZE

*/S/ Thomas E. Winner*

THOMAS E. WINNER, ESQ.
Nevada Bar No. 5168
1117 S. Rancho Drive
Las Vegas, NV 89102
*Attorneys for Defendant*

WINNER & BOOZE LAWYERS